**Order entered February 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00030-CV

**IN RE MELISSA LARSEN,THE CARDIO GROUP, LLC, LARSEN MEDICAL, LLC D/B/A CARDIOVASCULAR DEVICES SERVICES, LLC, PRACTICE FREEDOM COACHING LLC, CARDIOLOGY INSTITUTE OF AMERICA LLC, TRACTION INTEGRATED SYSTEMS, LLC AND CARDIOCLOUD, LLC, Relators**

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DC-18-05693, DC-21-04344**

## ORDER

Before the Court is real party in interest's February 22, 2022 motion for an extension of time to file a response to relators' petition for writ of mandamus. The motion is **GRANTED**. Real party in interest may file a response, if any, to the petition for writ of mandamus on or before **March 23, 2022**.

/s/ David J. Schenck
DAVID J. SCHENCK
JUSTICE